IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN FRILANDO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. CV422-066 |
| | ) |
| CALVIN OLIPHANT and WARDEN MICHAEL LONG, | ) |
| | ) |
| Respondent. | ) |

## O R D E R

Before the Court is the Magistrate Judge's October 18, 2022, Report and Recommendation (Doc. 25), to which Petitioner has not filed an objection. After careful review of the record,[1] the report and recommendation (Doc. 25) is **ADOPTED** as the Court's opinion in this case. Petitioner's motions "to start a class action" (Doc. 16) and to file an "amended complaint" (Doc. 17) are **DENIED**. To the extent Petitioner's Motion to Amend (Doc. 19) sought to assert claims related to the conditions of his confinement, it is **DENIED**

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

**IN PART**, and it is also **DISMISSED IN PART**. Petitioner's motion to quash indictment (Doc. 22) is also **DISMISSED AS MOOT**.

SO ORDERED this 8th day of December 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA